CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE SPURELL    KF 3925 | Civil No. 4:25-CV-1924 |
| **Full Name of Plaintiff**   **Inmate Number** | (to be filled in by the Clerk's Office) |
| v. | |
| ALEAH McGUIGAN, et al., | ( x ) Demand for Jury Trial |
| **Name of Defendant 1** | ( __ ) No Jury Trial Demand |
| LISA QUERCIA | |
| **Name of Defendant 2** | |
| B. HERB | FILED SCRANTON |
| **Name of Defendant 3** | OCT 14 2025 |
| BETH LAZUSKY | PER ___ DJ |
| **Name of Defendant 4** | DEPUTY CLERK |
| JOHN BADDICK | |
| **Name of Defendant 5** | |

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I. **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II.  ADDRESSES AND INFORMATION

### A.  PLAINTIFF

SPURELL, DWAYNE C.
Name (Last, First, MI)

KF 3925
Inmate Number

SCI- FRACKVILLE
Place of Confinement

1111 ALTAMONT BLVD.
Address

FRACKVILLE, SCHUYLKILL, PA. 17931-2699
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

____  Pretrial detainee
____  Civilly committed detainee
____  Immigration detainee
X     Convicted and sentenced state prisoner
____  Convicted and sentenced federal prisoner

### B.  DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

McGUIGAN, ALEAH
Name (Last, First)

WELLPATH STAFF MEMBER
Current Job Title

1111 ALTAMONT BLVD.
Current Work Address

FRACKVILLE, SCHUYLKILL, PA. 17931-2699
City, County, State, Zip Code

Defendant 2:

QUERCIA, LISA
Name (Last, First)

NURSING SUPERVISOR
Current Job Title

1111 ALTAMONT BLVD.
Current Work Address

FRACKVILLE, SCHUYLKILL, PA. 17931-2699
City, County, State, Zip Code


Defendant 3:

HERB, JANE
Name (Last, First)

CHCA
Current Job Title

1111 ALTAMONT BLVD.
Current Work Address

FRACKVILLE, SCHUYLKILL, PA. 17931-2699
City, County, State, Zip Code


Defendant 4:

LAZUSKY, BETH
Name (Last, First)

GRIEVANCE COORDINATOR
Current Job Title

1111 ALTAMONT BLVD.
Current Work Address

FRACKVILLE, SCHUYLKILL, PA. 17931-2699
City, County, State, Zip Code


Defendant 5:

BADDICK, JOHN
Name (Last, First)

DOCTOR
Current Job Title

1111 ALTAMONT BLVD.
Current Work Address

FRACKVILLE, SCHUYLKILL, PA. 17931-2699
City, County, State, Zip Code

## III.   STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

    A.   Describe where and when the events giving rise to your claim(s) arose.

SCI-FRACKVILLE MEDICAL DEPARTMENTON 06-11-24

    B.   On what date did the events giving rise to your claim(s) occur?

06-11-24

    C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

PLAINTIFF SPURELL HAS BEEN GOING TO MEDICAL FOR STOMACH AND BACK PROBLEMS FOR SOME TIME AND THE MEDICAL DEPARTMENT HAS NO CLUE AS TO THE PROBLEM OR WHAT COULD BE CAUSING THE PAIN THEY HAVE TAKEN BLOOD, AND STOOL SAMPLES. ON 07-2024 PLAINTIFF SPURELL HAD A ULTRASOUND OF THE ABDOMEN THEN ON 12-2024 PLAINTIFF SPURELL (HIDA) HEPATOBILIARY IMINODIACETIC ACID SCAN COMPLETED OF THE GALLBLADDER AND THESE REPORTS WAS REVIEWED BY DR. BADDICK AND A GASTROENTEROLOGY CONSULT WAS ORDERED ON 01-2025 AND I WAS SEEN BY THE SPECIALIST ON 02-2025 WHICH THE PROVIDER STATED HE WOULD NOT RECOMMEND REMOVAL OF GALLBLADDER DUE TO LOCATION OF PAIN BUT DID RECOMMEND A CT-SCAN AND COLONOSCOPY. THEN A CT-SCAN WAS PLACED FOR THE PLAINTIFF ON 02-2025 BY DEF' 6. THEN ON 03-2025 PLAINTIFF SPURELL WAS SEEN BY DEF 6 TO COMPLETE A CT QUESTIONAIRE AND CONSENT FOR CONTRAST WAS COMPLETED. PLAINTIFF HAD A APPOINTMENT DATE FOR A CT SCAN FOR 05-29-2025 and NEVER WENT OUT FOR IT DEF 1 RECOGNIZED THE CT/MRI'S WAS BROKEN AND DEF 5 REWROTE A ORDER FOR PLAINTIFF TO BE SEEN AT AN OUT SIDE DOCTOR AND HAS YET TO BE SEEN.

Page 4 of 6
CONT.

NOW THE PLAINTIFF WAS SENT OUT FOR THE CT-SCAN THAT THE DEF.5 AND THE GASTROENTEROLOGY CONSULT HAD ORDERED. YET THE PLAINTIFF WAS NOT SEEN AFTER THE CT-SCAN TO GO OVER THE NEXT PLAN OF ACTION AND ALSO. THE DEF.1 - 5 HAD ALL KNOWLEDGE OF THE PAINS THE PLAINTIFF WAS GOING THRU PLAINTIFF WROTE EVERYONE THAT COULD HAVE ANY OBLIGATION TO PROVIDE MEDICAL CARE. AT COMMON UNDERSTANDING THE MEDICAL STAFF IS REQUIRED TO CARE FOR THE PRISONER WHO CANNOT BY REASON OF THE DEPRIVATION OF HIS LIBERTY, CARE FOR HIMSELF. MEDICAL CARE FOR PRISONER DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS OF PRISONERS CONSTITUTES UNNECESSARY AND WANTON INFLICTION OF PAIN PROSCRIBED BY THE EIGHTH AMENDMENT REGARDLESS OF THE INDIFFERENCE IS MANIFESTED BY PRISON DOCTORS IN THEIR RESPONSE TO THE PRISONERS NEEDS OR BY PRISON GUARDS IN INTENTIONALLY DENYING OR DELAYING ACCESS TO MEDICAL CARE OR INTENTIONALLY INTERFERING WITH THE TREATMENT ONCE PRESCRIBED WHICH IS WHAT HAPPEN WHEN THE GASTROENTEROLOGY CONSULT & DEF.5 HAD SAID THAT THEY WANTED ME TO HAVE A CT-SCAN AND A COLONOSCOPY DONE. THAT WAS BACK IN FEBRUARY OF THIS YEAR AND NOW HERE IT IS ALMOST ANOTHER YEAR LATER AND PLAINTIFF IS STILL IN PAIN AND NO CLOSER TO KNOW WHAT THE PROBLEM IS. DEF.3 SAID IN EXHIBIT (N.1) THAT SHE SEE'S THAT I WROTE MS. McGUIGAN ON 05-04-2025 ABOUT HOW MY STOMACH & BACK WAS HURTING AND THAT DEF.5 ORDER A CT-SCAN . ALSO ON NUMEROUS OCCASION'S PLAINTIFF MEDICAL PRESCRIPTION WAS NOT FILLED FOR WEEKS. THE INDIFFERENCE IS ALLEGEDLY MANIFESTED NOT MERELY BY THE FAILURE TO DIAGNOSE AND TREAT PLAINTIFF INJURY PROPERLY FOLLOWING THE EXPEDIENT COURSE OF ROUTINELY PRESCRIBING NOTHING MORE THAN PAIN KILLERS WHEN A THOROUGH DIAGNOSIS WOULD DISCLOSE AN OBVIOUS NEED FOR REMEDIAL TREATMENT.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

8TH AMENDMENT VIOLATION "FAILURE TO TREAT A PRISONER'S CONDITION COULD RESULT IN FURTHER SIGNIFICANT INJURY OR THE UNNECESSARY AND WANTON INFLICTION OF PAIN. 14TH AMENDMENT VIOLATION "EQUAL PROTECTION MEANS THAT A PRISON CANNOT TREAT SOME PRISONERS DIFFERENTLY THAN IT TREATS OTHERS WITHOUT A REASON." 1ST AMENDMENT VIOLATION. "THE RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES"

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

DUE TO DEF'S FAILURE TO TREAT PLAINTIFF'S ON-GOING STOMACH AND BACK PROBLEMS PLAINTIFF SUFFER'S EVERYDAY.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

TRANSFER TO S.C.I. CHESTER AND PUT IN THE SCANDINAVIAN PROGRAM PUNITIVE AND COMPENSATORY DAMAGES PER. CLAIM 1 NEGLECT 2 NEGLIGENCE 3 EMOTIONAL DISTRESS 4 IGNORING OBVIOUS CONDITIONS 5 FAILING TO INVESTIGATE ENOUGH TO MAKE A INFORMED JUDGEMENT AND WHATEVER THE COURTS DEEM AGREEABLE.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Dwayne Spurell*
Signature of Plaintiff

8-29-25
Date

9-5-24
The PA @ boguslew

Ultra Sound's
7-3-24 - Abdomen
7-29-24 - Left hand
10-3-24

9-11-24
PA Boguslew

6-16-24
Baddick

9-6-24
Baddick

9-26-24
Nurse Grousky

9-27-24
10-14-24
PA Mummey

10-14-24
PA Mummey

11-18-24
PA Mummey

12-9-24
PA Mummey

Leticia C. Chavez-Freed
(Chavez-Freed Law)
2600 North 3rd Street, 2nd Floor
Harrisburg, PA. 17110.

Estelle v. Gamble
429 U.S. 97, 104-105,
1976 case

