**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DWAYNE SPURELL, | No. 4:25-CV-01924 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ALEAH MCGUIGAN, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of April 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 complaint is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Within 21 days of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific directions for amendment provided in the accompanying Memorandum or the amended pleading will be stricken or summarily dismissed.

3. If no amended complaint is timely filed, dismissal of Plaintiff's Section 1983 claims will automatically convert to dismissal with prejudice and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge